# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2012

143342

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARTER TOWNSHIP OF LYON,
          Plaintiff-Appellee,

v

McDONALD'S USA, L.L.C.,
          Defendant,

and

MILFORD ROAD EAST DEVELOPMENT
ASSOCIATES, L.L.C.,
          Intervening Defendant-Appellant.

SC: 143342
COA: 294074
Oakland CC: 2007-083871-CC

_____/

      On order of the Court, the application for leave to appeal the May 24, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2012

_____
Clerk

p0320